**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:   John C. Atkin, Esq.
55 Madison Avenue, Ste. 400
Morristown, NJ 07960
Tel.: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>             Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 72.76.169.60,<br><br>             Defendant. | Civil Action No. _____<br><br>**NOTICE PURSUANT TO**<br>**L. CIV. R. 40.1(c)** |

PLEASE TAKE NOTICE, pursuant to L. Civ. R. 40.1(c), that the validity or infringement of the copyrights at issue in this matter are or have been involved in the following cases, which are already pending or previously pending in this Court.

Dated: September 25, 2023            Respectfully submitted,

                                        */s/ John C. Atkin, Esq.*
                                        JOHN C. ATKIN