**Location:** Somerset, NJ  **IP Address:** 72.76.169.60
**Total Works Infringed:** 38  **ISP:** Verizon Internet Services

| PA Number | Dockets |
|---|---|
| PA0002400310 | 23-08144;23-01402;23-02797;23-01413;23-01433;23-01428;23-02143;23-01403;23-08191;23-03353;23-08267;23-01411 |
| PA0002431078 | None |
| PA0002104201 | 19-10276;18-12608;18-14130;18-10620;18-17617;18-10635;18-05569;18-14114;18-14125;18-17609;18-14123;18-16585;18-05619;19-14010;18-14140;18-14138;18-10640;18-14120;18-10637;18-08437;20-14413;18-05616;21-15650 |
| PA0002425542 | None |
| PA0002425539 | 23-08200 |
| PA0002425764 | 23-08119;23-08200 |
| PA0002259094 | 20-14327;22-05992;22-04433;21-20106;21-12774;21-13418;20-20180;22-01077;22-02732;21-15077;22-04423;22-00336;20-20179;20-20174;20-14325;21-10797;20-14321;21-20522;21-15641;21-00542;22-05998;21-06143;22-04892 |
| PA0002158413 | 20-12955;19-10276;21-13449;19-14000;23-03998;19-14007;19-14005;22-00325;20-10227;19-14085;19-10275;19-10270;19-10236;23-08275;22-05435;22-04432;19-14072;22-07300;21-03076;20-12939;19-14075;19-10249;19-10248;19-10239;21-13418;20-20180;22-01077;23-01435;22-02732;19-14010;19-10251;23-08209;21-10382;19-14070;19-14014;21-00540;19-14082;19-10244;22-05998;21-13911 |
| PA0002130457 | 19-06472;18-16578;19-14007;19-14005;19-00902;21-20542;21-12780;19-14011;19-10236;19-06475;22-04889;18-17593;22-07295;19-14072;22-07327;21-18178;22-01077;19-16181;19-16180;19-10281;19-10267;22-06001;21-10804;20-10185;19-10251;19-14014;18-17595;18-16563;22-05998;19-00903 |
| PA0002046875 | 18-02756;18-00904;18-12608;18-10622;18-00901;17-13358;17-13357;17-13351;22-01093;18-12594;18-10625;18-05615;17-13287;17-13284;18-12602;18-10630;18-05577;18-00908;18-00902;17-10285;22-07293;18-16582;18-02558;18-00912;21-18178;20-12941;18-10628;23-02143;18-05619;18-00927;20-10217;18-02755;18-00905;17-13355;18-05620;18-02556;17-13282;21-10797;18-12585;18-08434;17-12786;18-02852;17-13353;22-05984;18-02668;18-02667;17-12785;17-10276;22-00326;21-03080;18-05622;18-02629;18-00922;18-05580;18-16584;18-00913;17-13296;23-03357 |

| PA Number | Dockets |
|---|---|
| PA0002104769 | 21-03095;18-12608;19-06472;18-16579;18-16578;18-10634;19-10275;23-08275;21-03076;20-12939;19-14075;21-18178;18-14123;18-05619;18-05583;20-10179;18-14121;21-13417;18-14122;18-10637;18-08437;20-10199;18-05622;18-10631 |
| PA0002136725 | 19-14087;20-12955;19-00910;23-02150;19-14000;19-14073;23-02146;22-04429;19-14007;19-00902;22-00343;20-14423;19-14088;19-14085;19-00907;23-01433;22-07293;18-17592;19-00901;19-00898;23-04004;21-00551;20-10184;19-10249;19-10242;19-10240;22-04880;21-15653;19-10252;19-00896;22-01077;20-10182;19-16181;21-10434;19-14010;19-10279;19-10273;19-10255;19-10233;19-14017;20-10174;19-00895;19-14071;21-03080;19-14080;19-10244;22-05998;21-15649;19-16099;19-10258;18-17596;22-04892;22-01099 |
| PA0002126677 | 18-10639;19-14074;19-14007;19-06484;21-20543;21-12780;20-10219;19-14085;19-10236;23-08275;19-00898;18-12596;20-20176;20-10184;19-14075;22-04427;21-18178;18-14123;21-13910;18-16585;22-06005;22-02734;21-12784;21-10434;18-14140;18-14121;18-12609;18-10640;21-13417;20-14418;20-10185;18-14126;18-10626;18-10637;23-08086;22-01920;21-19552;18-14133;18-14134;18-16580;22-01099;21-10807 |
| PA0002295602 | 21-19862;23-08275;21-20077;21-15645;21-20075;21-13418;21-12778;23-01435;21-15077;21-17867;21-12772;21-15648;21-13448;21-15649;23-03357;21-19867;21-15687 |
| PA0002169968 | 19-14087;20-12955;19-16396;19-16184;19-14012;20-10203;22-01918;19-14073;23-02147;22-07325;19-14074;19-14005;19-14088;22-04432;22-07293;20-10184;23-01425;22-04880;21-15653;21-10801;22-00331;20-20180;20-14323;19-16181;23-01435;19-14084;19-14013;19-14010;21-00583;20-20179;20-14321;20-10174;19-14014;22-01916;21-03074;22-02690;21-03080;20-14413;22-05998;21-06143;20-10202;21-00543;22-07331 |
| PA0002070832 | 18-00904;19-00910;18-02848;18-00898;17-13358;17-13357;17-13351;17-10314;22-01093;18-12594;18-10625;18-05615;18-02630;18-10621;17-10285;18-10632;17-10290;17-13289;23-02143;18-05619;21-20519;20-10177;18-02672;18-02852;18-02754;18-02667;21-20520;21-15638;21-20522;18-00922;22-05998;18-00913;17-13296 |
| PA0002373762 | 22-07298;23-00263;23-00261;23-00708;23-00720;22-06001;22-07573;23-00262 |
| PA0002112155 | 19-16184;19-00910;18-12612;19-10229;19-06472;19-14007;19-10236;22-04889;19-14072;18-17592;18-14114;18-12592;22-07300;20-20176;20-12954;19-14075;18-16573;18-14123;18-14118;18-16585;18-12590;19-13999;19-10261;23-08191;21-12773;21-10797;19-14014;18-17595;18-16563;18-16562;18-16574;18-14133;20-10202;19-10258;18-16576 |
| PA0002169931 | 21-12776;21-10800;19-14087;20-14410;20-12955;20-20175;22-03364;19-14007;22-01100;21-20543;20-14419;19-14085;23-01433;22-04889;19-14072;21-20525;20-14328;19-14075;21-10801;22-01077;23-01435;22-00339;21-10432;19-14013;21-12777;21- |

| PA Number | Dockets |
|---|---|
| | 10798;21-10382;19-14016;19-14015;19-14014;21-20536;20-10183;19-14083;19-14082;19-14080;22-05998;20-10202;22-07331;22-04892;21-20541 |
| PA0002112153 | 21-20537;21-10435;20-10180;18-16579;18-16578;22-02688;19-14074;19-14007;18-16587;18-12602;21-20106;20-20183;19-00909;22-04889;18-14114;19-00901;18-12596;21-20525;20-14412;19-14075;19-00899;18-14132;18-12597;18-14123;21-13910;18-16585;18-14131;19-10281;22-06001;21-20070;21-10797;18-17595;18-14116;18-12579;18-16574;18-14133;19-16096;18-14134;18-16576;18-17610;21-13460 |
| PA0002077667 | 18-02756;18-00904;18-12608;17-13357;18-10625;18-02630;18-02557;17-13287;17-13284;18-12602;18-10630;17-13280;21-20108;18-00908;18-00902;17-10285;17-12784;18-16582;20-20176;18-12597;18-02546;18-02637;17-13279;23-02143;18-05619;17-13297;18-00896;18-14126;18-12591;18-10624;18-02556;17-10305;18-02672;18-02853;18-02667;17-10276;18-08437;21-03080;18-00924;18-05580;18-16576;18-00910;17-13296 |
| PA0002425769 | 23-08200 |
| PA0002283702 | 21-17871;22-00331;21-20075;21-13418;21-13416;21-11420;21-13412;21-12772;21-20520;22-07302;22-05989;21-10803;21-19557;22-01952 |
| PA0002405937 | 23-02785;23-02788;23-03351;23-02802;23-03353;23-03993;23-02151 |
| PA0002420344 | 23-04000;23-08124 |
| PA0002213233 | 21-12776;20-20186;21-20079;20-10181;20-10180;23-00244;22-01951;22-01100;21-20543;21-12780;20-10219;22-04889;22-04432;21-20525;20-10184;21-19860;20-20180;20-12943;22-01077;20-12958;20-10207;23-02154;21-12781;21-10432;21-00594;20-10179;23-01409;22-04425;22-01079;21-13417;21-12777;21-00583;20-20174;20-14325;20-10185;21-17860;20-10174;22-01915;21-20536;21-15648;21-13448;20-14416;20-14413;22-05998;20-14408;22-07331;21-20541 |
| PA0002415362 | 23-08144;23-04004;23-03993;23-04006;23-03358 |
| PA0002425767 | 23-08200 |
| PA0002431080 | None |
| PA0002425763 | None |

| PA Number | Dockets |
|---|---|
| PA0002431081 | None |
| PA0002384733 | 23-00243;23-01402;23-00238;22-07576;23-00704;22-07587;22-07584;22-07589;23-03354;23-01403;23-03359;23-01434;23-01406;23-00247;23-01404;23-00703;23-02148;22-07580;22-07573;23-08248;23-00262 |
| PA0002425768 | 23-08267 |
| PA0002425771 | 23-08124;23-08119;23-08154 |
| PA0002415370 | 23-08144;23-03354;23-03353;23-03358 |
| PA0002405936 | 23-02788;23-08200;23-08215;23-03351;23-02145 |
| PA0002420346 | 23-04000 |
| PA0002431036 | None |