**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:   John C. Atkin, Esq.
55 Madison Avenue, Ste. 400
Morristown, NJ 07960
Tel.: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 72.76.169.60,<br><br>　　　　　Defendant. | Civil Action No. _____<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

　　　　PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 7.1, that Plaintiff's parent corporation is General Media Systems, LLC.  There are no publicly traded corporations that currently own 10% or more of Plaintiff's stock.

DATED: September 25, 2023　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ John C. Atkin, Esq.*
　　　　　　　　　　　　　　　　　　JOHN C. ATKIN

1