Exhibit A to the Complaint

**Location:** Somerset, NJ  
**Total Works Infringed:** 38

**IP Address:** 72.76.169.60  
**ISP:** Verizon Internet Services

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 1A6B7A6BB02E9484161699CD93EAAF8AF243CB3B<br>File Hash:<br>A3F6B78D65B8E0AE5732FFDBCEA426B72BFA8D81341FDB06B9F30D77BEA266DD | 09-18-2023 16:07:35 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 2 | Info Hash: 525DFF74C44E067680718A5381CD30435BD63310<br>File Hash:<br>6830034881DD8264A355FA32759E9A6955990E09BCA10630A6B988DB84DEF229 | 09-03-2023 13:53:08 | Vixen | 09-01-2023 | 09-18-2023 | PA0002431078 |
| 3 | Info Hash: 23ECA119700DF8483650953A9A10EF38976DFA4A<br>File Hash:<br>C7EE4FCCFA06CDF4B54C5B08A9F45592445C3C3D780E1EFA206A19C93B46A801 | 08-29-2023 17:13:20 | Tushy | 02-10-2018 | 02-20-2018 | PA0002104201 |
| 4 | Info Hash: 4C3A7C56ED25D218CBEB5D084BB7900C76335DCB<br>File Hash:<br>413CF6A301378FD67B5CD53F95FD33814884E0722335630691EF13F9C4C99868 | 08-29-2023 12:41:29 | Tushy | 07-30-2023 | 08-17-2023 | PA0002425542 |
| 5 | Info Hash: A0ED5364592A92C8C9F1D95159AEE9EB2C24F4D9<br>File Hash:<br>EE26753F42B174D6B938813C27CE04B2CB5B02906D628F96EF61A67513924990 | 08-29-2023 12:40:46 | Tushy | 08-06-2023 | 08-17-2023 | PA0002425539 |
| 6 | Info Hash: E83E98564B53D1A6AD7DF2C60423D6502C20C283<br>File Hash:<br>3EDD6F593A0729D690863A9C15EEC82A0277E2F7ABBA9507D2B6DCB7FA34196C | 08-29-2023 12:40:23 | Blacked | 07-30-2023 | 08-17-2023 | PA0002425764 |
| 7 | Info Hash: A55DFE63B35EB1834DFE6BAB989FC6E2FD866FA9<br>File Hash:<br>4EB7C27399F83059E25B70201118A4D69F98A88AF895E708C3338D1381F530CA | 08-29-2023 01:44:54 | Vixen | 06-26-2020 | 08-03-2020 | PA0002259094 |
| 8 | Info Hash: 0C8388582CFD60CC603F2BDE9ECFFC92C92CE477<br>File Hash:<br>EF09BC8CAFFAF01725C8B863B611C30C4A6008AA52DF6D8518D4111B184CFCFF | 08-29-2023 01:44:48 | Vixen | 02-13-2019 | 03-11-2019 | PA0002158413 |
| 9 | Info Hash: 90E2ADDA8B6CCE1DD01298F7FB17DE564C5146A4<br>File Hash:<br>9934E26D986A15F65620C5FB3E3916FB28010B784A57DB0B737CEF1F980E0639 | 08-29-2023 01:44:47 | Vixen | 10-11-2018 | 10-28-2018 | PA0002130457 |
| 10 | Info Hash: 5C360E6D2535E403FC3304491E7A29006FE5385A<br>File Hash:<br>8CB6124F8900911CCC63836D7334FA56C30A9DD15DFCB3F6ACEBFAF86FBF9F58 | 08-29-2023 01:44:36 | Vixen | 07-18-2017 | 08-10-2017 | PA0002046875 |
| 11 | Info Hash: 0B26BC66B244406076589F66DB945DD96EAD54C1<br>File Hash:<br>DC682A668B50C2D3CB79ACD4DDD10014CCFB39D745B6A6FF13EE80660E997AD8 | 08-29-2023 01:44:21 | Vixen | 01-19-2018 | 03-02-2018 | PA0002104769 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: A08A37492011255F45AEDABB99584F789231B89A<br>File Hash:<br>6CD2DAD099EE3260A07D48427200C1E63F0B064A6D072744C079F41D5E6E5B32 | 08-29-2023<br>01:44:10 | Vixen | 11-10-2018 | 11-25-2018 | PA0002136725 |
| 13 | Info Hash: 254E8D2A368139DF00A47C42A68B95F973C1A577<br>File Hash:<br>DE89B88E51313AC1E0709585B494B528FBD1EEEB66844ACFD048E0D6BB2314F1 | 08-29-2023<br>01:43:59 | Vixen | 04-29-2018 | 06-19-2018 | PA0002126677 |
| 14 | Info Hash: 8511C12340D6039B9C309C10AEA3CB4E1A5DFD64<br>File Hash:<br>D9A852922A0AE005DA1A83386FC27C80E0F2DF7E95E8E4BC67B8C46F762D0DD3 | 08-29-2023<br>01:43:55 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 15 | Info Hash: 56279A4E245E7829879B8817A765F641AEE7CE40<br>File Hash:<br>DE8EB9344A930C55ADF53149C95E97A088156146B05F2306E9E5884D2C45E327 | 08-29-2023<br>01:43:55 | Vixen | 04-04-2019 | 04-29-2019 | PA0002169968 |
| 16 | Info Hash: 06E7FFA98A16CF50E5DAD02F0CD94C812C38047B<br>File Hash:<br>E0DD2435A30B4E4B2D446B598322198F9D4DA16F7B0D07D45B10BE6F38582A7E | 08-29-2023<br>01:43:53 | Vixen | 06-08-2017 | 07-07-2017 | PA0002070832 |
| 17 | Info Hash: A55248D98A96D092202CFE384FA9C2B5278D42C9<br>File Hash:<br>E088D61DA61FBC804FDA5711D5D53B420E07E83E1A8FDA32227A2BC0226A402C | 08-29-2023<br>01:43:46 | Vixen | 09-16-2022 | 10-05-2022 | PA0002373762 |
| 18 | Info Hash: 2C67B4ED2A4553D679D17CABF60135E1B20622D8<br>File Hash:<br>7ECA31203CDCB49984A58A8F345CF2013DB25D254BA3A43B2E70A71B3BB5B27F | 08-29-2023<br>01:43:45 | Vixen | 06-23-2018 | 07-26-2018 | PA0002112155 |
| 19 | Info Hash: 839A7A2960604A76C7F46AA5FDB759B6C513D16C<br>File Hash:<br>55CA195E9CA9428D45FE8DEEEF9428BF0857146C9F1999B47C3D1FB55C30C061 | 08-29-2023<br>01:43:45 | Vixen | 02-23-2019 | 04-29-2019 | PA0002169931 |
| 20 | Info Hash: 94F9C1EFBCB846947B9A63607F0E22E9E1BEE9CB<br>File Hash:<br>57CCE148D1AE8C1FB4444248F403DF5E917B2E5023B0DAC58E0786A2E22F282E | 08-29-2023<br>01:43:43 | Vixen | 07-03-2018 | 07-26-2018 | PA0002112153 |
| 21 | Info Hash: D16F704A9C911E6C1CEE12263F6D05F9A9D17DBF<br>File Hash:<br>5A3F216EE78E88180D64C7D17754CF49593C9D9AAD32C6E3FA97A4402206C171 | 08-29-2023<br>01:43:41 | Vixen | 08-02-2017 | 08-17-2017 | PA0002077667 |
| 22 | Info Hash: A1664017567AB5B323B029EDAC26496A7AA65A2E<br>File Hash:<br>F7B562EF391535B385EB3E2E762109B0B9383D3A92C9ED49335CC39E8F40A8CE | 08-28-2023<br>22:42:23 | Vixen | 07-14-2023 | 08-17-2023 | PA0002425769 |
| 23 | Info Hash: 419789D96C972C69EFAEE49CED271AC4AE27C5B2<br>File Hash:<br>36B31267256C99CE6531A908C2303EFAFE005E05DF12E742866312D5FE8EA78E | 08-28-2023<br>22:42:07 | Vixen | 01-29-2021 | 02-26-2021 | PA0002283702 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 3A209D8E93AA1E2602E26DF64D24A0BC3C7038B2<br>File Hash: 62066D1C9EC6CAE8703881DF36AFD61723AAB0CF53074165AE7E0178616D83AC | 08-28-2023 22:41:56 | Vixen | 03-24-2023 | 04-10-2023 | PA0002405937 |
| 25 | Info Hash: 89DF3178401EA4ABAF938F7190FEC0D0D8E68259<br>File Hash: 547980856AA24C20337A83484AA9B9F9AEC236F7DD4119DE5C9FC6D2F2F44616 | 08-28-2023 22:41:45 | Vixen | 06-30-2023 | 07-13-2023 | PA0002420344 |
| 26 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 08-28-2023 22:40:24 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 27 | Info Hash: 3003F609841FF5967AD04619C0160667AE41CD72<br>File Hash: 97134D048E3979F359DB53211522BC63D94B9C440A0EBB3C0FCC966D71340009 | 08-28-2023 22:38:13 | Vixen | 06-02-2023 | 06-09-2023 | PA0002415362 |
| 28 | Info Hash: 5C33F19BCA7CAD3651AA8B7B355751DC262386DD<br>File Hash: C8E77E0DA855FB09DB31D86FB267C46506F96B2153DD4DDE759D133DF9DDB0DD | 08-28-2023 22:37:38 | Vixen | 07-21-2023 | 08-17-2023 | PA0002425767 |
| 29 | Info Hash: 8BA4881BBF255B9586461057C2A46707E3BE40E0<br>File Hash: 08B38B2088E0689B0A1B0357F0268B18FD9BFA7405CA40153A4451540D2CB68F | 08-28-2023 22:37:15 | Vixen | 08-18-2023 | 09-18-2023 | PA0002431080 |
| 30 | Info Hash: 742F07FC7A6172E836364513F475E6E00197B653<br>File Hash: F7D71789DE0506F46F23C9694B2DDEB735D0C0C34F5A7C237D000C2AC400F5A9 | 08-28-2023 22:36:28 | Vixen | 08-04-2023 | 08-17-2023 | PA0002425763 |
| 31 | Info Hash: BEAF112C0008D34D0B9697EEF948BCC999171AD4<br>File Hash: 21DD0485657389D0168D2F9A4BB519EDCC33F34B5D7CDCC3E80370BED218A2C3 | 08-26-2023 15:09:18 | Vixen | 08-25-2023 | 09-18-2023 | PA0002431081 |
| 32 | Info Hash: 49846341E2FFCD8F807170C907A42EF6DACE67E8<br>File Hash: DEF949B57E56A2CF39C0A86E0D82E6E4093537A3103097A0E2A548BC8AF24EAC | 08-25-2023 15:24:13 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 33 | Info Hash: B79D5F451022B1A8FDF8B97F75DE2F72E304C719<br>File Hash: B591559FBA69A3CEF60C7EE5A7DE269DE594B2E0A1BDFDF716BFEC1B7EE0B662 | 07-28-2023 19:35:25 | Vixen | 07-28-2023 | 08-17-2023 | PA0002425768 |
| 34 | Info Hash: CBD7D34112FE1688DAC85166F48AC472ED90907A<br>File Hash: 9860D9F93F852226F24FB3CCBEAEC15A7C04D1E95FE75026FF8ED8AB241DE08B | 07-22-2023 12:31:16 | Blacked | 07-15-2023 | 08-17-2023 | PA0002425771 |
| 35 | Info Hash: C06DD611B6CD7674DD69D70C791C9D5504293484<br>File Hash: C73E0B71C01C2ACE1157FB55EA3ACFA1DDBF64BBB8CAF4BFB1BCFC491EE86F35 | 07-08-2023 15:26:51 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 528212150245E7B3462F78081F7CE3CDDC8E9BBC<br>File Hash: D8DA997D29400D6C403BB5C72A8D1B7F615120183F73E99D644E1092D327CAA0 | 07-08-2023 15:26:31 | Vixen | 03-03-2023 | 04-10-2023 | PA0002405936 |
| 37 | Info Hash: 9501E91F61C401FBAAD633A95DEB379C1A0DFCC4<br>File Hash: 742D96984523D68AEF4C8A821BB7F901BD810CFBEE4026C03976FFAE7252C450 | 07-08-2023 14:25:26 | Vixen | 07-07-2023 | 07-13-2023 | PA0002420346 |
| 38 | Info Hash: 37BE784FF20F43A18E5F32BE2427EC73DF3F51AE<br>File Hash: BD348E68AC7CB8760B42C1648842AD4891785BAEDC0CEDAE2967A76AB428B5C2 | 06-13-2023 13:12:55 | Vixen | 06-09-2023 | 08-22-2023 | PA0002431036 |