**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By: John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel.: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 72.76.169.60, <br><br> Defendant. | Civil Case No. 3:23-cv-20620-RK-JBD <br><br> **CERTIFICATE OF SERVICE** <br> *Document Filed Electronically* |

**JOHN C. ATKIN,** hereby certifies as follows:

1.      I am an attorney-at-law of the State of New Jersey and admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey.

2.      I hereby certify that on the below date, I caused a copy of Plaintiff's Notice of Motion for leave to serve a third party subpoena prior to the Rule 26(f) conference; Memorandum of Law in support thereof; the Declarations of David

Williamson, Patrick Paige, and Susan B. Stalzer; a proposed form of Order; and this certificate of service, to be served upon all counsel of record via CM/ECF.

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements are willfully false, I may be subject to punishment.

Dated: 10/09/2023                    Respectfully submitted,

**THE ATKIN FIRM, LLC**

/s/ *John C. Atkin*
By: John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel.: (973) 314-8010
Fax: (833) 693-1201
*Attorneys for Plaintiff,*
*Strike 3 Holdings, LLC*

2