**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:   John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOHN DOE subscriber assigned IP address 72.76.169.60,<br><br>                    Defendant. | Case No. 3:23-cv-20620-RK-JBD<br><br>**CERTIFICATE OF SERVICE**<br>*Document Filed Electronically* |

**JOHN C. ATKIN,** hereby certifies as follows:

1.     I am an attorney-at-law of the State of New Jersey and admitted to practice before the Courts of the State of New Jersey and the United States District Court for the District of New Jersey.

2.     I hereby certify that on the below date, I caused a copy of Plaintiff's Notice of Motion for an extension of time within which to effectuate service of process in this matter, pursuant to Federal Rule of Civil Procedure 4(m);

Certification of John C. Atkin, Esq.; a proposed form of Order; and this certificate of service, to be served upon all counsel of record via CM/ECF.

    I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements are willfully false, I may be subject to punishment.

Dated: December 21, 2023        Respectfully submitted,

                              **THE ATKIN FIRM, LLC**

                              *Attorneys for Plaintiff,*
                              *Strike 3 Holdings, LLC*

                              /s/ John C. Atkin
                              John C. Atkin, Esq.