**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By: John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOHN DOE subscriber assigned IP address 72.76.169.60,<br><br>                    Defendant. | Case No. 3:23-cv-20620-RK-JBD<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 72.76.169.60 are voluntarily dismissed with prejudice.

DATED: January 23, 2024          Respectfully submitted,

                                 **THE ATKIN FIRM, LLC**

                                 *Attorneys for Plaintiff,*
                                 *Strike 3 Holdings, LLC*

                                 /s/ John C. Atkin, Esq.
                                 John C. Atkin, Esq.

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:    /s/ *John C. Atkin*
        John C. Atkin, Esq.